Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE CARIBOU BIOSCIENCES, INC. DERIVATIVE LITIGATION | Lead Case No. 4:25-cv-02199-HSG (Consolidated) |
|---|---|
| This Document Relates to: ALL ACTIONS | |

**JOINT STIPULATION AND ORDER FOR**
**MODIFICATION OF THE SCHEDULING ORDER**

1 | Plaintiffs Alan Moio ("Plaintiff Moisio") and Jonathan Allen ("Plaintiff Allen," and together with Plaintiff Moisio, the "Plaintiffs"), Defendants Scott Braunstein, Andrew Guggenhime, Rachel Haurwitz, David Johnson, Jason O'Byrne, Dara Richardson-Heron, Natalie Sacks, Nancy Whiting, and Ran Zheng (collectively, the "Individual Defendants"), and Nominal Defendant Caribou Biosciences, Inc. ("Caribou," and together with the Individual Defendants, "Defendants," and together with the Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit this Joint Stipulation and [Proposed] Order for Modification of the Scheduling Order to modify the scheduling order entered by the Court on June 3, 2025, as set forth below:

WHEREAS, on June 2, 2025, the Parties filed a Joint Stipulation and [Proposed] Order Regarding Scheduling (the "Joint Scheduling Stipulation") (ECF No. 25), that provided:

1. Plaintiffs shall file an amended complaint by July 7, 2025.

2. Defendants shall file a motion to dismiss the amended complaint by August 21, 2025;

3. Plaintiffs shall file their opposition to the motion to dismiss by October 6, 2025; and

4. Defendants shall file their reply in support of the motion to dismiss by November 5, 2025;

WHEREAS, on June 3, 2025, the Court so-ordered the Joint Scheduling Stipulation, approving the Parties' proposed schedule (ECF No. 26);

WHEREAS, Plaintiffs filed a Verified Amended Consolidated Shareholder Derivative Complaint on July 7, 2025 (ECF No. 27);

WHEREAS, Defendants filed a Motion to Dismiss the Verified Amended Consolidated Shareholder Derivative Complaint (the "Motion to Dismiss") on August 21, 2025 (ECF No. 28);

WHEREAS, the hearing on Defendants' Motion to Dismiss is currently set for December 4, 2025;

WHEREAS, Plaintiffs have met and conferred with Defendants about a two-week extension of time to file their opposition to the Motion to Dismiss (the "Opposition);

1 WHEREAS, Defendants have consented to a two-week extension of time for Plaintiffs to file the Opposition with a corresponding extension of time to file their reply in support of the Motion to Dismiss; and

WHEREAS, the requested extensions are sought in good faith, due to counsels' schedules and the complexity of the matters, and not for the purpose of delay or any other improper reason.

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate, and respectfully request that the Court order that the deadlines in the June 3, 2025 Order and the hearing on Defendants' Motion to Dismiss be modified as follows:

1. Plaintiffs shall file the Opposition by October 20, 2025; and

2. Defendants shall file their reply in support of the Motion to Dismiss by November 19, 2025.

3. The hearing on Defendants' Motion to Dismiss shall be continued to January 15, 2026.

**IT IS SO STIPULATED.**

Dated: October 2, 2025                    **GIBSON, DUNN & CRUTCHER LLP**

                                             /s/Michael J. Kahn
                                             MICHAEL J. KAHN

Michael J. Kahn
Craig Varnen
Brian Yang
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
E-mail: mjkahn@gibsondunn.com
         cvarnen@gibsondunn.com
         byang2@gibsondunn.com

*Counsel for Defendants*

| | | |
|---|---|---|
| 1 | Dated: October 3̶2̶, 2025 | **THE BROWN LAW FIRM, P.C.** |
| 2 | | |
| 3 | | _____/s/Robert C. Moest_____<br>ROBERT C. MOEST |
| 4 | | 2530 Wilshire Boulevard, Second Floor |
| 5 | | Santa Monica, CA 90403<br>Telephone: (310) 915-6628 |
| 6 | | Facsimile: (310) 915-9897<br>Email: RMoest@aol.com |
| 7 | | -  and  - |
| 8 | | **THE BROWN LAW FIRM, P.C.** |
| 9 | | Timothy Brown<br>767 Third Avenue, Suite 2501 |
| 10 | | New York, NY 10017<br>Telephone: (516) 922-5427 |
| 11 | | Facsimile: (516) 344-6204<br>Email: tbrown@thebrownlawfirm.net |
| 12 | | *Co-Lead Counsel for Plaintiffs* |
| 13 | | |
| 14 | Dated: October 2, 2025 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
| 15 | | |
| 16 | | _____Alex J. Tramontano_____<br>ALEX J. TRAMONTANO |
| 17 | | Betsy C. Manifold |
| 18 | | Rachele R. Byrd<br>Alex J. Tramontano |
| 19 | | 750 B Street, Suite 1820<br>San Diego, CA 92101 |
| 20 | | Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599 |
| 21 | | Email: manifold@whafh.com<br>    byrd@whafh.com |
| 22 | |    tramontano@whafh.com |
| 23 | | *Additional Counsel for Plaintiffs* |

| | | |
|---|---|---|
| Dated: October 2, 2025 | | **RIGRODSKY LAW, P.A.**<br>Timothy J. MacFall<br>Gina M. Serra<br>825 East Gate Boulevard, Suite 300<br>Garden City, NY 11530<br>Telephone: (516) 683-3516<br>Email: tjm@rl-legal.com<br>        gms@rl-legal.com |

*Co-Lead Counsel for Plaintiffs*

\*\*\*

## ATTESTATION OF CONCURRENCE

I, Robert C. Moest, attest pursuant to Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: October 2̶3, 2025                           /s/Robert C. Moest
                                                                    Robert C. Moest

\*\*\*

**ORDER**

Based on the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

Dated:  10/6/2025

_____
HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE