1  BETSY C. MANIFOLD (182450)
   RACHELE R. BYRD (190634)
2  ALEX J. TRAMONTANO (276666)
3  **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLP**
4  750 B Street, Suite 1820
   San Diego, CA 92101
5  Telephone: (619) 239-4599
   Facsimile: (619) 234-4599
6  manifold@whafh.com
7  byrd@whafh.com
   tramontano@whafh.com
8
9  *Attorneys for Plaintiff Jonathan Allen*
10 [Additional Counsel on Signature Pages]

11              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13 IN RE CARIBOU BIOSCIENCES, INC. DERIVATIVE LITIGATION | Lead Case No. 4:25-cv-02199-HSG (Consolidated) |
| 14 | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) AND 23.1(c)** |
| 15 This Document Relates to: ALL ACTIONS | |
| 16 | |
| 17 | Hon. Haywood S. Gilliam, Jr. |

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs Alan Moisio ("Plaintiff Moisio") and Jonathan Allen ("Plaintiff Allen," and together with Plaintiff Moisio, the "Plaintiffs"), Defendants Scott Braunstein, Andrew Guggenhime, Rachel Haurwitz, David Johnson, Jason O'Byrne, Dara Richardson-Heron, Natalie Sacks, Nancy Whiting, and Ran Zheng (collectively, the "Individual Defendants"), and Nominal Defendant Caribou Biosciences, Inc. ("Caribou," or the "Company," and together with the Individual Defendants, "Defendants," and together with the Plaintiffs, the "Parties"), by and through their undersigned counsel of record, jointly submit this stipulation and proposed order to voluntarily dismiss the above-captioned action (the "Consolidated Action") without prejudice pursuant to Rules 41(a)(2) and 23.1(c) of the Federal Rules of Civil Procedure, as set forth below.

WHEREAS, on June 3, 2025, the Court entered an order regarding a schedule for the filing of an amended complaint and motions to dismiss (the "Scheduling Order");

WHEREAS, pursuant to the Scheduling Order, Plaintiffs filed a Verified Amended Consolidated Shareholder Derivative Complaint on July 7, 2025;

WHEREAS, pursuant to the Scheduling Order, Defendants filed a motion to dismiss the Verified Amended Consolidated Shareholder Derivative Complaint on August 21, 2025;

WHEREAS, the Parties filed a Joint Stipulation and Proposed Order for modification of the Scheduling Order on October 3, 2025, which was granted by the Court on October 6, 2025;

WHEREAS, following extensive review of, and legal research concerning, the bases of Defendants' motion to dismiss and protracted internal discussions among Plaintiffs' counsel in consultation with their clients, Plaintiffs have determined that it is not in the best interests of Caribou or themselves to continue the litigation of the Consolidated Action;

WHEREAS, counsel for Plaintiffs have consulted with counsel for Defendants about the voluntary dismissal of the Consolidated Action; and

WHEREAS, no compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or Plaintiffs' attorneys, and no promise to give any such compensation has been made.

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES**
2    **THROUGH THEIR UNDERSIGNED COUNSEL, AND SUBJECT TO THE APPROVAL**
3    **OF THE COURT, THAT:**

4    1.    Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 23.1(c), the Consolidated
5    Action is dismissed without prejudice as to all claims and causes of action, with each party bearing
6    their own attorneys' fees and costs; and

7    2.    The Parties agree that all counsel have each complied with their obligations under
8    Rule 11 of the Federal Rules of Civil Procedure.

9

10   Dated:  October 16, 2025                    **WOLF HALDENSTEIN ADLER**
11                                              **FREEMAN & HERZ LLP**

12                                              _/s/ Alex J. Tramontano_
13                                              ALEX J. TRAMONTANO

14                                              Betsy C. Manifold
                                                Rachele R. Byrd
15                                              Alex J. Tramontano
                                                750 B Street, Suite 1820
16                                              San Diego, CA 92101
                                                Telephone: (619) 239-4599
17                                              Facsimile: (619) 234-4599
                                                Email: manifold@whafh.com
18                                                     byrd@whafh.com
                                                       tramontano@whafh.com
19
                                                _Counsel for Plaintiff Jonathan Allen_
20

21                                              **RIGRODSKY LAW, P.A.**
                                                Timothy J. MacFall
22                                              Gina M. Serra
                                                825 East Gate Boulevard, Suite 300
23                                              Garden City, NY 11530
                                                Telephone: (516) 683-3516
24                                              Email: tjm@rl-legal.com
                                                              gms@rl-legal.com
25
                                                _Co-Lead Counsel for Plaintiffs_
26

27

28
                                              2

1  Dated:  October 16, 2025                    **THE BROWN LAW FIRM, P.C.**

2

3                                              */s/ Robert C. Moest*
                                               ROBERT C. MOEST, SBN 62166

4                                              2530 Wilshire Boulevard, Second Floor
                                               Santa Monica, CA 90403
5                                              Telephone: (310) 915-6628
                                               Facsimile: (310) 915-9897
6                                              Email: RMoest@aol.com

7                                                   -   and   -

8                                              **THE BROWN LAW FIRM, P.C.**
                                               Timothy Brown
9                                              767 Third Avenue, Suite 2501
                                               New York, NY 10017
10                                             Telephone: (516) 922-5427
                                               Facsimile: (516) 344-6204
11                                             Email: tbrown@thebrownlawfirm.net

12                                             *Co-Lead Counsel for Plaintiffs*

13

14 Dated:  October 16, 2025                    **GIBSON, DUNN & CRUTCHER LLP**

15

16                                             */s/ Michael J. Kahn*
                                               MICHAEL J. KAHN

17                                             Michael J. Kahn
                                               Craig Varnen
18                                             Brian Yang
                                               One Embarcadero Center, Suite 2600
19                                             San Francisco, CA 94111-3715
                                               Telephone: (415) 393-8200
20                                             E-mail: mjkahn@gibsondunn.com
                                                        cvarnen@gibsondunn.com
21                                                      byang2@gibsondunn.com

22                                             *Counsel for Defendants*

23

24                                                      ***

25

26

27

28

3

**ATTESTATION OF CONCURRENCE**

I, Alex J. Tramontano, attest pursuant to Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

/s/ Alex J. Tramontano
ALEX J. TRAMONTANO


\*\*\*


**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED as follows:

1. This action is dismissed without prejudice in its entirety;

2. All parties shall bear their own costs and attorneys' fees incurred in this action;

3. Entry of this order shall serve as notice to the Company's shareholders pursuant to Federal Rule of Civil Procedure 23.1(c); and

4. The Clerk is directed to close the file.


**SO ORDERED** this ___ day of _____, 2025.


_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE